IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DON EARL PAYNE**                                                                                     **PLAINTIFF**

v.                                              **CASE NO: 3:14CV00213 BSM**

**ALVARO BALTAZAR et al.**                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this date, this case is hereby dismissed with prejudice.

DATED this 5th day of November 2015.

_____
UNITED STATES DISTRICT JUDGE